1  Martin E. Rosen (108998), mrosen@barwol.com
   Jenny H. Wang (191643), jwang@barwol.com
2  BARGER & WOLEN LLP
   19800 MacArthur Boulevard, 8th Floor
3  Irvine, California 92612
   Telephone: (949) 757-2800
4  Facsimile: (949) 752-6313

5  Attorneys for Plaintiff-in-Interpleader
   Reassure America Life Insurance Company

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY, | CASE NO.: '08 CV 0119 JLS WMC |
| Plaintiff-in-Interpleader, | PLAINTIFF-IN-INTERPLEADER'S NOTICE OF PARTY WITH FINANCIAL INTEREST |
| vs. | [Civil Local Rule 40.2] |
| SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive | [Filed concurrently with:<br>- Complaint in Interpleader;<br>- Summons;<br>- Civil Case Cover Sheet;<br>- Application to Deposit Funds; and<br>- (Proposed) Order Directing Deposit of Funds.] |
| Claimants-in-Interpleader. | |

FILED
08 JAN 22 PM 3:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY
"VIA FAX"

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:

4      PLEASE TAKE NOTICE that Plaintiff-in-Interpleader Reassure America Life
5  Insurance Company ("Reassure") is a wholly owned subsidiary of Swiss Re Life &
6  Health America, Inc., and the ultimate parent is Swiss Reinsurance Company.

8  DATED: January 22, 2008        BARGER & WOLEN LLP

10                                         By: _____
11                                             MARTIN E. ROSEN
                                                JENNY H. WANG
12                                             Attorneys for Plaintiff-in-
                                                Interpleader Reassure America Life
                                                Insurance Company

BARGER & WOLEN LLP
100 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800