Martin E. Rosen (108998), mrosen@barwol.com
Jenny H. Wang (191643), jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Plaintiff-in-Interpleader
Reassure America Life Insurance Company

FILED
08 JAN 22 PM 3:19
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY
"VIA FAX"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0119 JLS(WMC)

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>      Plaintiff-in-Interpleader,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>      Claimants-in-Interpleader. | CASE NO.:<br><br>**PLAINTIFF-IN-INTERPLEADER'S APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY**<br><br>[Filed concurrently with:<br>- Complaint in Interpleader;<br>- Notice of Party with Financial Interest;<br>- Summons;<br>- Civil Case Cover Sheet; and<br>- (Proposed) Order Directing Deposit of Funds.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-in-Interpleader Reassure America Life Insurance Company ("Reassure") hereby applies to this Court for an Order directing the deposit of the sum at issue in this interpleader action into an interest-bearing account pursuant to Federal Rule of Civil Procedure 67. The stake to be deposited will be in the form of a check made payable to the Clerk of the United States District Court, Southern District of California in an amount yet to be determined representing the full balance of unpaid proceeds of Reassure's flexible premium life insurance policy number B12962 (the "Policy") issued to Decedent Zeinb M. Akel ("Decedent") in the face amount of $250,000.00, plus applicable interest.

DATED: January 22, 2008

BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
JENNY H. WANG
Attorneys for Plaintiff-in-Interpleader Reassure America Life Insurance Company