Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

REASSURE AMERICA LIFE
INSURANCE COMPANY,

vs

SALEH M. ZAHRAN, SAL AKEL
SILVA, MARIA A. SILVA, BEDA
SANCHEZ, LAYALI M. AKEL,
TAGHRID SUAD M. AKEL and
MOHAMMAD M. AKEL, and DOES 1
though 10, Inclusive,

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 0119 JLS WMC

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Martin E. Rosen (108998), mrosen@barwol.com / Jenny H. Wang (191643) jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor, Irvine, California 92612
Telephone: (949) 757-2800 / Fax: (949) 742-6313

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 2 4 2008

W. Samuel Hamrick, Jr.

CLERK

J. PARIS

By _____, Deputy Clerk                    DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)