| | |
|---|---|
| *Attorney or Party without Attorney:*<br>MARTIN E. ROSEN, ESQ., Bar #108998<br>BARGER & WOLEN LLP<br>19800 MACARTHUR BOULEVARD<br>8TH FLOOR<br>IRVINE, CA 92612<br>*Telephone No:* (949) 757-2800   *FAX No:* (949) 752-6313<br><br>*Ref. No. or File No.:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Southern District Of California

*Plaintiff:* REASSURE AMERICA LIFE INSURANCE COMPANY
*Defendant:* SALEH M. ZAHRAN

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV 0119 JLS WMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Complaint-In-Interpleader; Civil Cover Sheet; Plaintiff-In-Interpleader's Notice Of Party With Financial Interest; Plaintiff-In-Interpleader's Application For Leave To Deposit Funds Into Court Registry

3. a. Party served:            Saleh M. Zahran
   b. Person served:           SERVED UNER F.R.C.P. RULE 4.

4. Address where the party was served:   7991 Morocco Drive
                                         LA MESA, CA 91942

5. I served the party:
   b. **by substituted service.** On: Sun., Feb. 03, 2008 at: 9:20AM by leaving the copies with or in the presence of:
   Danya Zahran, Occupant
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Mon., Feb. 04, 2008 from: SAN DIEGO, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. R.T. HANSELL

   First Legal Support Services
   ATTORNEY SERVICES
   1111 6TH AVENUE, SUITE 204
   San Diego, CA 92101
   (619) 231-9111, FAX (619) 231-1361

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $109.18
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   351
      (iii) County:              San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Feb. 11, 2008

   *R.T. Hansell*
   (R.T. HANSELL)

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MARTIN E. ROSEN, ESQ., Bar #108998<br>BARGER & WOLEN LLP<br>19800 MACARTHUR BOULEVARD<br>8TH FLOOR<br>IRVINE, CA 92612<br>Telephone No: (949) 757-2800   FAX: No: (949) 752-6313 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Southern District Of California | | |
| Plaintiff: REASSURE AMERICA LIFE INSURANCE COMPANY | | |
| Defendant: SALEH M. ZAHRAN | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08 CV 0119 JLS WMC |
|---|---|---|---|---|

1. I, R.T. HANSELL, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Saleh M. Zahran as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; COMPLAINT-IN-INTERPLEADER; CIVIL COVER SHEET; PLAINTIFF-IN-INTERPLEADER'S NOTICE OF PARTY WITH FINANCIAL INTEREST; PLAINTIFF-IN-INTERPLEADER'S APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 02/01/08 | 7:10pm | Home | No answer at the door. Attempt made by: R.T. HANSELL. Attempt at: 7991 Morocco Drive   LA MESA CA 91942. |
| Sat | 02/02/08 | 1:44pm | Home | No answer at the door. Attempt made by: R.T. HANSELL. Attempt at: 7991 Morocco Drive   LA MESA CA 91942. |
| Sun | 02/03/08 | 9:20am | Home | Substituted Service on:  Saleh M. Zahran Home - 7991 Morocco Drive LA MESA, CA. 91942 by Serving: SERVED UNER F.R.C.P. RULE 4. Competent Member of the Household over 18  by leaving a copy of the document(s) with: Danya Zahran, Occupant. Served by: R.T. HANSELL |
| Mon | 02/04/08 | | | Mailed copy of Documents to:  Saleh M. Zahran |

3. Person Executing
   a. R.T. HANSELL
   b. FIRST LEGAL SUPPORT SERVICES
      1111 6TH AVENUE
      SUITE 204
      SAN DIEGO, CA 92101
   c. 619-231-9111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:* $218.36
e. *I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   351
   (iii) County:   San Diego

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

☦ Date: Mon, Feb. 11, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**      _R.T. Hansell_ (R.T. HANSELL)