1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,       ) <br><br> Plaintiff-in-Interpleader,   ) <br> ) <br> vs.   ) <br> ) <br> ) <br> SALEH M. ZAHRAN, SAL AKEL ) <br> SILVA, MARIA A. SILVA, BEDA ) <br> SANCHEZ, LAYALI M. AKEL, ) <br> TAGHRID SUAD M. AKEL and ) <br> MOHAMMAD M. AKEL, and DOES 1 ) <br> through 10, Inclusive   ) <br> ) <br> Claimants-in-Interpleader.  ) <br> ———————————————— ) | CASE NO.:  08 CV 0119 JLS WMC <br><br> **ORDER DIRECTING DEPOSIT OF FUNDS** <br><br> [Filed concurrently with: <br> -   Complaint in Interpleader; <br> -   Notice of Party with Financial Interest; <br> -   Summons; <br> -   Civil Case Cover Sheet; and <br> -   Application for Leave to Deposit Funds.] |

1        Pursuant to the previously filed Application for Leave to Deposit Funds,

2  leave is hereby granted for Plaintiff-in-Interpleader Reassure America Life Insurance

3  Company ("Reassure") to deposit with the Court Clerk a check made payable to

4  "Clerk of the United States District Court, Southern District of California" in the

5  amount of $261,753.42, representing the unpaid of Reassure's flexible premium life

6  insurance policy number B12962 issued to Decedent Zeinb M. Akel in the face

7  amount of $250,000.00, plus applicable interest through the date the check is

8  deposited with the Court Clerk.

9

10        **IT IS SO ORDERED**.

11

12  DATED: <u>February 15, 2008</u>          *Janis L. Sammartino*

13                           UNITED STATES DISTRICT JUDGE