Martin E. Rosen (108998), mrosen@barwol.com
Jenny H. Wang (191643), jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Plaintiff-in-Interpleader
Reassure America Life Insurance Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>　　　　Claimants-in-Interpleader. | CASE NO.: 08 CV 0119 JLS WMC<br><br>**NOTICE OF DEPOSIT OF FUNDS INTO COURT REGISTRY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-in-Interpleader Reassure America Life Insurance Company ("Reassure") deposited the sum at issue in this interpleader action into the registry of the Court on February 15, 2008 and requested the money be placed in an interest-bearing account pursuant to Federal Rule of Civil Procedure 67. The stake deposited was in the form of a check made payable to the Clerk of the United States District Court, Southern District of California in the amount of $261,753.42 representing the full balance of the unpaid life insurance policy proceeds of $250,000.00 owed under Reassure's flexible premium life insurance policy number B12962 (the "Policy") issued to Decedent Zeinb M. Akel ("Decedent"), plus applicable interest.

DATED:  February 21, 2008

BARGER & WOLEN LLP

By: */s/ Jenny H. Wang*
   MARTIN E. ROSEN
   JENNY H. WANG
   Attorneys for Attorneys for
   Plaintiff-in-Interpleader Reassure
   America Life Insurance Company

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

        # 147743     - SR
        * * C O P Y * *
        February 15, 2008
            15:59:59


              Registry
USAO #.: 08CV0119 INTERPLEADER
Judge..: JANIS L. SANMARTINO
Amount.:              $261,753.42 CK
Check#.: BC#802381



     Total->  $261,753.42


FROM: REASSURE AMERICA LIFE INS.
      V. ZAHRAN, ET AL
      INTERPLEADER
```

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@barwol.com.

I hereby certify that on **February 21, 2008**, I served the foregoing documents described as: **NOTICE OF DEPOSIT OF FUNDS INTO COURT REGISTRY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ I placed the ☐ original ☒ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by
☒ **U.S POSTAL SERVICE**   ☐ **OVERNIGHT DELIVERY**.

| | |
|---|---|
| Simon Mikhael, Esq.<br>Law Offices of Simon Mikhael<br>3150 El Camino Real, Suite #D<br>Carlsbad, California 92008<br>Telephone: (760) 720-2555<br>Facsimile: (760) 720-2562 | Attorney for Claimants-in-Interpleader Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel |

Saleh M. Zahran
7991 Morocco Drive
La Mesa, California 91942

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **February 21, 2008.**

NAME: Gabriela Rubio              */s/ Gabriela Rubio*
                                               (Signature)