Martin E. Rosen (108998), mrosen@barwol.com
Jenny H. Wang (191643), jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Plaintiff-in-Interpleader
Reassure America Life Insurance Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>　　　　Claimants-in-Interpleader. | CASE NO.: 08 CV 0119 JLS WMC<br><br>**PLAINTIFF-IN-INTERPLEADER'S REQUEST TO BE EXCUSED FROM PERSONALLY APPEARING AT EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>DATE: April 7, 2008<br>TIME: 2:00 p.m.<br>CTRM: C.  Hon. William McCurine, Jr. |

# 1. INTRODUCTION

Plaintiff-in-Interpleader Reassure America Life Insurance Company ("Reassure") hereby respectfully requests that a company representative, who is located in the State of Michigan, be excused from personally attending the Early Neutral Evaluation Conference ("ENEC"), currently scheduled for April 7, 2008. Reassure's counsel of record will personally attend the ENEC, but Reassure requests permission for its company representative to participate in the ENEC, if necessary, by telephone.

As discussed in more detail below, there is good cause to excuse Reassure's personal attendance at the ENEC because Reassure is merely a disinterested stakeholder that has deposited the insurance policy proceeds at issue in the case with the Clerk of the Court. Additionally, if Reassure incurs costs for a company representative to travel from Michigan to California to appear at the ENEC, that will erode the policy benefits to which the proper beneficiary or beneficiaries would otherwise be entitled, as Reassure intends to request reimbursement from the interpled funds for the reasonable fees and costs incurred to bring and maintain this interpleader action. Counsel for all the Claimants agree that Reassure's personal appearance at the ENEC is unnecessary.

# 2. STATEMENT OF RELEVANT FACTS[1]

This lawsuit arises from a dispute between several individuals who have made conflicting claims to the proceeds of a flexible premium life insurance policy, number B12962 (the "Policy"), issued on July 18, 1996 by The Midland Life Insurance

---

[1] All of the following facts are alleged in Reassure's Complaint-in-Interpleader on filed with the Court.

Company, now known as Reassure, to Decedent Zeinb M. Akel ("Decedent") in the face amount of $250,000.00.

On May 16, 1996, at the time the Decedent applied for the Policy, she designated her son, Saleh Zahran, as the 100% primary beneficiary of the Policy. On June 15, 2004, Simon Mikhael, Esq. ("Mikhael"), as a representative of the Decedent, submitted to Reassure a written request signed by the Decedent on June 7, 2004 to change the Policy beneficiary to the following individuals (who are the children or in-laws of the Decedent) as equal, primary beneficiaries: Saleh M. Zahran, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel (hereinafter, collectively, the "Claimants"). As a result, Reassure made the change in Policy beneficiaries effective June 7, 2004.

On or about August 5, 2005, Saleh Zahran submitted to Reassure a Request for Change of Ownership of the Policy, signed by the Decedent, changing the primary owner of the Policy from the Decedent to himself. Shortly thereafter, in or around September 2005, Saleh Zahran also submitted a request for change of beneficiary of the Policy, designating himself as the 100% primary beneficiary and Maysa Zahran as the 100% contingent beneficiary. Pursuant to the Request of Change of Ownership as described above, effective August 29, 2005, Reassure transferred ownership of the Policy to Saleh Zahran.

Pursuant to the request for change of beneficiary as described above, effective September 2005, Reassure changed the primary beneficiary of the Policy to Saleh Zahran and the contingent beneficiary of the Policy to Maysa Zahran.

Decedent died on December 18, 2006. At the time of Decedent's death, the face value of the Policy was $250,000. Since the Decedent's death, each of the

Claimants named in this action has made conflicting claims to the Policy proceeds, each asserting that they are the Policy's beneficiaries of record. Specifically, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel each assert a one-seventh right to the Policy proceeds, and Zahran asserts a 100% right to the same.

On September 7, 2007, Mikhael, on behalf of his clients, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel, wrote to Reassure asserting that Saleh Zahran fraudulently changed the Policy beneficiaries to benefit himself and that his clients were in the process of investigating the matter. Mikhael asserted that Saleh Zahran was under federal indictment for multiple fraud crimes, including tax evasion, Social Security fraud, Medi-Cal fraud and identity theft. He also asserted that Saleh Zahran's wife, Maysa Zahran, was also indicted and arraigned in federal court in San Diego. Mikhael provided Reassure with what he represented was a news release purporting to detail the criminal accusations against Saleh Zahran. Mikhael asked Reassure not to make any payment of the Policy proceeds to Saleh Zahran.

On September 17, 2007, Reassure wrote to Mikhael and Saleh Zahran advising each of them that if the Claimants could not reach an agreement within 21 days regarding the distribution of the Policy proceeds, then Reassure would file an interpleader action with respect to the same. In October 2007, Mikhael and Saleh Zahran each informed Reassure that the Claimants were unable to resolve their competing claims, and they specifically asked Reassure to initiate the instant interpleader action.

*Reassure does not dispute that the entirety of the Policy proceeds should be paid*, but Reassure is uncertain which of the Claimants is or are entitled to any of the

proceeds. Accordingly, Reassure commenced the instant interpleader action seeking a declaration of its rights and obligations under the Policy with respect to each of the Claimants' rights, if any, to the Policy proceeds. On February 21, 2008, Reassure deposited the entirely of the Policy proceeds plus applicable interest (hereinafter, the "Interpled Funds") with the Clerk of the Court for the Southern District of California. Please see the conformed Notice of Deposit and accompanying receipt, attached hereto as Exhibit "1."

### 3. THERE IS GOOD CAUSE TO EXCUSE A REPRESENTATIVE OF REASSURE FROM PERSONALLY ATTENDING THE ENEC

Reassure was and is merely a disinterested stakeholder of life insurance policy proceeds that were deposited with the Court upon the filing of this interpleader action. *See* Exhibit "1" hereto. The reason Reassure commenced this action is that it is unable to determine the validity of the conflicting demands made by the Claimants and cannot determine to whom the Interpled Funds belongs. Accordingly, Reassure's participation in the ENEC will not aid in the resolution of the dispute among the Claimants.

Indeed, if Reassure incurs the cost to have a representative of the company travel to California from Michigan to attend the ENEC, that will erode the amount of Interpled Funds to which the proper beneficiary or beneficiaries of the Policy would otherwise be entitled. Reassure does intend to seek reimbursement from the Interpled Funds of the reasonable fees and costs incurred to bring and maintain this interpleader action. *See Abex Corp. v. Ski's Enterprises, Inc.*, 748 F.2d 513, 516 (9th Cir. 1984) (courts have discretion to award a disinterested party stakeholder attorneys' fees in an interpleader action).

Counsel for each of the Claimants has advised counsel for Reassure that they do not object to Reassure's company representative participating in the ENEC by telephone.

### 4. <u>CONCLUSION</u>

For the reasons stated above, Reassure respectfully requests an Order permitting its company representative to be available by telephone during the ENEC.

DATED: March 21, 2008   BARGER & WOLEN LLP

By: */s/ Jenny H. Wang*
MARTIN E. ROSEN
JENNY H. WANG
Attorneys for Attorneys for
Plaintiff-in-Interpleader Reassure
America Life Insurance Company

# EXHIBIT 1

Martin E. Rosen (108998), mrosen@barwol.com
Jenny H. Wang (191643), jwang@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Plaintiff-in-Interpleader
Reassure America Life Insurance Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>　　　　Claimants-in-Interpleader. | CASE NO.: 08 CV 0119 JLS WMC<br><br>**NOTICE OF DEPOSIT OF FUNDS INTO COURT REGISTRY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff-in-Interpleader Reassure America Life Insurance Company ("Reassure") deposited the sum at issue in this interpleader action into the registry of the Court on February 15, 2008 and requested the money be placed in an interest-bearing account pursuant to Federal Rule of Civil Procedure 67. The stake deposited was in the form of a check made payable to the Clerk of the United States District Court, Southern District of California in the amount of $261,753.42 representing the full balance of the unpaid life insurance policy proceeds of $250,000.00 owed under Reassure's flexible premium life insurance policy number B12962 (the "Policy") issued to Decedent Zeinb M. Akel ("Decedent"), plus applicable interest.

DATED: February 21, 2008                BARGER & WOLEN LLP


By: /s/ Jenny H. Wang
    MARTIN E. ROSEN
    JENNY H. WANG
    Attorneys for Attorneys for
    Plaintiff-in-Interpleader Reassure
    America Life Insurance Company

```
              UNITED STATES
              DISTRICT COURT
         SOUTHERN DISTRICT OF CALIFORNIA
               SAN DIEGO DIVISION

           # 147743      - SR
           * * C O P Y * *
           February 15, 2008
                15:59:59


                  Registry
   USAO #.: 08CV0119 INTERPLEADER
   Judge..: JANIS L. SANMARTINO
   Amount.:              $261,753.42 CK
   Check#.: BC#802381



           Total-> $261,753.42



   FROM: REASSURE AMERICA LIFE INS.
         V. ZAHRAN, ET AL
         INTERPLEADER
```

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@barwol.com.

I hereby certify that on **February 21, 2008**, I served the foregoing documents described as: **NOTICE OF DEPOSIT OF FUNDS INTO COURT REGISTRY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☒ I placed the ☐ original ☒ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by
    ☒ **U.S POSTAL SERVICE**      ☐ **OVERNIGHT DELIVERY**.

Simon Mikhael, Esq.
Law Offices of Simon Mikhael
3150 El Camino Real, Suite #D
Carlsbad, California 92008
Telephone: (760) 720-2555
Facsimile: (760) 720-2562

Attorney for Claimants-in-Interpleader
Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel

Saleh M. Zahran
7991 Morocco Drive
La Mesa, California 91942

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **February 21, 2008**.

NAME: Gabriela Rubio          /s/ Gabriela Rubio
                              (Signature)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@barwol.com.

I hereby certify that on **March 21, 2008**, I served the foregoing documents described as: **PLAINTIFF-IN-INTERPLEADER'S REQUEST TO BE EXCUSED FROM PERSONALLY APPEARING AT EARLY NEUTRAL EVALUATION CONFERENCE** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. **I served those parties who are not registered participants of the ECF System as indicated below.

☒ I placed the ☐ original ☒ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by
☒ **U.S POSTAL SERVICE**       ☐ **OVERNIGHT DELIVERY**.

| | |
|---|---|
| ** Simon Mikhael, Esq.<br>Law Offices of Simon Mikhael<br>3150 El Camino Real, Suite #D<br>Carlsbad, California 92008<br>Telephone: (760) 720-2555<br>Facsimile: (760) 720-2562 | Attorney for Claimants-in-Interpleader<br>Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel |
| ** Stanley Joseph Riney, Esq.<br>8811 Grossmont Boulevard<br>La Mesa, California 91941<br>Telephone: (619) 460-6054<br>Facsimile: (619) 464-3824<br>Email: 'stanriney@yahoo.com' | Attorney for Claimant-in-Interpleader<br>Saleh M. Zahran |

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **March 21, 2008**.

NAME: Gabriela Rubio            /s/ Gabriela Rubio
                                (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2600