Stanley J. Riney
State Bar No. 120735
8811 Grossmont Blvd.
La Mesa, California 91941
Telephone: (619) 460-6054
Facsimile: (619) 464-3824

Attorney for Defendant/Claimant
Saleh M. Zahran

FILED

2008 MAR 21 PM 12: 13

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff-in-Interpleader,<br><br>v.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, MOHAMMAD M. AKEL, and DOES 1 through 10, inclusive,<br><br>Claimants-in-Interpleader. | CASE NO.: CV 08-0119 JSL (WMC)<br><br>ANSWER TO COMPLAINT-IN-INTERPLEADER |

Defendant/Claimant SALEH M. ZAHRAN answers the Complaint-in-Interpleader of REASSURE AMERICA LIFE INSURANCE COMPANY as follows:

1. Defendant/Claimant admits each and every allegation of paragraphs 1, 2, 3, 4, 5, 9, 10, 11, 12, 13, 14, 20, 21, 22, 24, 25 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35.

2. Defendant/Claimant denies the allegations contained in paragraphs 6, 7, and 8.

3. Defendant/Claimant lacks sufficient knowledge or information to admit or deny the allegations contained in paragraphs 15 and 23.

4. Defendant/Claimant lacks sufficient information or belief to admit or deny the dates identified in paragraphs 16, 17, 18, and 19 but admits each other allegation contained in these paragraphs.



## FIRST AFFIRMATIVE DEFENSE

5. As a first and separate affirmative defense to the complaint, and to all causes of action contained therein, this answering Defendant is informed and believes and thereon alleges that all other Defendants' claims are barred or diminished under the doctrine of estoppel.

## SECOND AFFIRMATIVE DEFENSE

6. And a second and separate affirmative defense to the complaint, and to all causes of action therein, this answering Defendant alleges that all other Defendants' claims are barred from recovery under the equitable doctrine of unclean hands.

## THIRD AFFIRMATIVE DEFENSE

7. As a third and separate affirmative defense to the complaint, and to all causes of action contained therein, this answering Defendant alleges that Defendant Sal Akel Silva committed multiple acts of fraud by making changes to the life insurance policy referenced in paragraph 15 of the Complaint and that the changes made to the policy referenced in paragraph 15 of the Complaint are invalid as they were fraudulently obtained.

## FOURTH AFFIRMATIVE DEFENSE

8. As a fourth and separate affirmative defense to the complaint and to each purported cause of action contained therein, this answering Defendant alleges that this answering Defendant presently has insufficient knowledge or insufficient information upon which to form a belief as to whether he may have additional, yet un-asserted, affirmative defenses. This answering Defendant therefore reserves the right to assert additional affirmative defenses in the event discovery indicates it would be appropriate.

WHEREFORE, this answering Defendant prays for judgment as follows:

1. That the money in question be divided among all seven defendants;
2. That the court determine the respective rights and obligations of the parties in connection with the money deposited with the court;
3. That Defendant Sal Akel Silva be ordered to pay all of Plaintiff's costs and attorneys' fees as well as this answering Defendant/Claimants' costs and attorneys' fees;

///

4.     For such other and further relief as the Court may deem just and proper.

DATE: March 18, 2007

                              Stanley J. Riney
                              Attorney for Defendant/Claimant
                              Saleh M. Zahran

# DECLARATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case Number:</u>        CV 08-0119 JSL (WMC)
<u>Short Title of Case:</u>   REASSURE AMERICA LIFE INSURANCE COMPANY v. SALEH M. ZAHRAN, et al.

I declare that I am employed in the County of San Diego, California. I am over the age of 18 years and not a party to the above referenced case. My business address is: 8811 Grossmont Blvd., La Mesa, CA 91941

On March 18, 2008, I served the following documents described as:

**ANSWER TO COMPLAINT-IN-INTERPLEADER**

on the following interested parties in this action:

| | |
|---|---|
| Martin E. Rosen<br>Jenny H. Wang<br>BARGER & WOLEN LLP<br>19800 MacArthur Boulevard, 8th Floor<br>Irvine, CA 92612<br>**Attorneys for Plaintiff-in-Interpleader** | Simon Mikhael<br>THE LAW OFFICES OF SIMON MIKHAEL<br>3150 El Camino Real, Suite D<br>Carlsbad, CA 92008<br>**Attorneys for Defendants/Claimants, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Tahgrid Suad M. Akel and Mohammed M. Akel** |

☐  **BY FACSIMILE TRANSMISSION** at approximately _____, from the facsimile transmitting machine at the Law Office of Stanley J. Riney, 8811 Grossmont Blvd., La Mesa, CA 91941, Fax #(619) 464-3824, to the attention of the above referenced party(ies) in this action, at addressee's facsimile no.:

The attached confirmation report shows the transmission as complete & without error & was issued by the transmitting facsimile machine.

☐  **BY OVERNIGHT MAIL**

    ☐  BY FEDERAL EXPRESS DELIVERY
    ☐  BY UNITED STATES EXPRESS MAIL

☒  **BY** ☒ **FIRST CLASS MAIL**   ☐ **CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage fully prepaid. I am readily familiar with the business practices of the Law Office of Stanley J. Riney for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 18, 2008, at San Diego, California.

*/s/ Carol S. Andrews*
Carol S. Andrews