UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>v.<br><br>SALEH M. ZAHRAN, et al.,<br><br>    Claimants-in-Interpleader. | Case No. 08cv119 JLS (WMc)<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT EARLY NEUTRAL EVALUATION CONFERENCE [Doc. No. 17.]** |

The Court has received Plaintiff-In-Interpleader's Request to Be Excused From Personally Appearing at the Early Neutral Evaluation Conference [Doc. No. 17.], which is currently scheduled for **April 7, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.

Good cause appearing, the request is **GRANTED**. The company representative for Plaintiff-In-Interpleader is excused from making a personal appearance at the Early Neutral Evaluation Conference ("ENE"). However, counsel for Plaintiff-In-Interpleader shall be

present at the ENE, and be prepared to contact the company representative by telephone at any point during the ENE.

Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED:**

DATED: March 24, 2008

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE JANIS L. SAMMARTINO, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD