1  Martin E. Rosen (108998), mrosen@barwol.com
   Jenny H. Wang (191643), jwang@barwol.com
2  BARGER & WOLEN LLP
   19800 MacArthur Boulevard, 8th Floor
3  Irvine, California  92612
   Telephone:  (949) 757-2800
4  Facsimile:  (949) 752-6313

5  Attorneys for Plaintiff-in-Interpleader
   Reassure America Life Insurance Company
6
   Simon Mikhael (147196), smikhael@sbcglobal.net
7  Law Offices of Simon Mikhael
   3150 El Camino Real, Suite #D
8  Carlsbad, California  92008
   Telephone:  (760) 720-2555 / Fax:  (760) 720-2562
9
   Attorney for Claimants-in-Interpleader
10 Sal Akel Silva, Maria A. Silva, Beda Sanchez,
   Layali M. Akel, Taghrid Suad M. Akel and
11 Mohammad M. Akel

12 Stanley Joseph Riney (120735), stanriney@yahoo.com
   8811 Grossmont Boulevard
13 La Mesa, California  91941
   Telephone:  (619) 460-6054 / Fax:  (619) 464-3824
14
   Attorney for Claimant-in-Interpleader
15 Saleh M. Zahran

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>   Plaintiff-in-Interpleader,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>   Claimants-in-Interpleader. | CASE NO.:  08 CV 0119 JLS WMC<br><br>**STIPULATION OF THE PARTIES FOR:**<br><br>**1. DISMISSAL OF REASSURE AMERICA LIFE INSURANCE COMPANY WITH PREJUDICE; AND**<br><br>**2. AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO REASSURE AMERICA LIFE INSURANCE COMPANY**<br><br>[Filed concurrently with:<br>- [Proposed] Order For Dismissal.] |

1  WHEREAS, on July 18, 1996, The Midland Life Insurance Company, now
2  known as Reassure America Life Insurance Company ("Reassure") issued to
3  Decedent Zeinb M. Akel ("Decedent") a flexible premium life insurance policy,
4  number B12962 (the "Policy"), in the face amount of $250,000.00;

6  WHEREAS, on or about May 16, 1996, at the time the Decedent applied for
7  the Policy, she designated her son Saleh Zahran ("Zahran") as the 100% primary
8  beneficiary of the Policy;

10  WHERAS, on or about June 15, 2004, Simon Mikhael, Esq. ("Mikhael"), as a
11  representative of the Decedent, submitted to Reassure a written request signed by the
12  Decedent on June 7, 2004 to change the Policy beneficiary to the following
13  individuals (who are the children or in-laws of the Decedent) as equal, primary
14  beneficiaries: Saleh M. Zahran, Sal Akel Silva, Maria A. Silva, Beda Sanchez,
15  Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel (hereinafter, along
16  with Saleh Zahran collectively refereed to as the "Claimants").  As a result, Reassure
17  made the change in Policy beneficiaries effective June 7, 2004;

19  WHEREAS, on or about August 5, 2005, Saleh Zahran submitted to Reassure a
20  Request for Change of Ownership of the Policy, signed by the Decedent, changing
21  the primary owner of the Policy from the Decedent to himself;

23  WHEREAS, shortly thereafter, in or around September 2005, Saleh Zahran
24  also submitted a request for change of beneficiary of the Policy, designating himself
25  as the 100% primary beneficiary and Maysa Zahran as the 100% contingent
26  beneficiary;

WHEREAS, pursuant to the Request of Change of Ownership as described above, effective August 29, 2005, Reassure transferred ownership of the Policy to Saleh Zahran;

WHEREAS, pursuant to the request for change of beneficiary as described above, effective September 2005, Reassure changed the primary beneficiary of the Policy to Saleh Zahran and the contingent beneficiary of the Policy to Maysa Zahran;

WHEREAS, Decedent died on December 18, 2006;

WHEREAS, at the time of Decedent's death, the face value of the Policy was $250,000.00;

WHEREAS, since the Decedent's death, each of the Claimants named in this action has made conflicting claims to the Policy proceeds, each asserting that they are the Policy's beneficiaries of record. Specifically, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel each assert a one-seventh right to the Policy proceeds, and Zahran asserts a 100% right to the same;

WHEREAS, on or about September 7, 2007, Mikhael, on behalf of his clients, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel, wrote to Reassure asserting that Saleh Zahran fraudulently changed the Policy beneficiaries to benefit himself and that his clients were in the process of investigating the matter. Mikhael asserted that Saleh Zahran was under federal indictment for multiple fraud crimes, including tax evasion, Social Security fraud, Medi-Cal fraud and identity theft. He also asserted that Saleh Zahran's wife, Maysa Zahran, was also indicted and arraigned in federal court in San

Diego. Mikhael provided Reassure with what he represented was a news release purporting to detail the criminal accusations against Saleh Zahran. Mikhael asked Reassure not to make any payment of the Policy proceeds to Saleh Zahran;

WHEREAS, on September 17, 2007, Reassure wrote to Mikhael and Saleh Zahran advising each of them that if the Claimants could not reach an agreement within 21 days regarding the distribution of the Policy proceeds, then Reassure would file an interpleader action with respect to the same;

WHEREAS, in or around October 2007, Mikhael and Saleh Zahran each informed Reassure that the Claimants were unable to resolve their competing claims, and they specifically asked Reassure to initiate the instant interpleader action;

WHEREAS, Reassure, as a disinterested stakeholder that was faced with competing claims to the Policy proceeds, filed the interpleader Complaint in this action and shortly thereafter deposited the funds at issue with the Clerk of the Court in the amount of $261,753.42 (the "Interpled Funds"), representing policy benefits due plus applicable interest;

WHEREAS, each of the Claimants and Reassure (the "parties") agree that Reassure should be dismissed with prejudice from this action and discharged with prejudice from any and all liability with respect to all rights and obligations arising under or relating to the Policy;

WHEREAS, upon the dismissal of Reassure from this case, the Claimants will litigate their adverse claims in this action;

1  WHEREAS, the parties agree that Reassure is entitled to reimbursement of
2  reasonable attorneys' fees and costs incurred to bring this interpleader action;

4  WHEREAS, Reassure has incurred $6,078.17 in attorneys' fees and costs to
5  date to bring and maintain this interpleader action, which amount the parties agree
6  should be paid to Reassure from the Interpled Funds currently on deposit with the
7  Court;

9  WHEREAS, Reassure waives and releases all of its rights with regard to the
10 Interpled Funds, other than its right to the attorneys' fees and costs as set forth in this
11 stipulation:

## **STIPULATION**

15 NOW, THEREFORE, the parties to this action hereby stipulate and agree,
16 subject to the Court's approval, as follows:

18  1.  That Reassure be discharged with prejudice from all liability with
19 respect to all rights and obligations arising under or relating to the Policy;

21  2.  That Reassure be dismissed with prejudice from this action;

23  3.  That Reassure be awarded its reasonable attorneys' fees and costs of
24 $6,078.17, to be paid from the Interpled Funds currently on deposit with the Court;

26  4.  That Reassure has no further rights or entitlement to the Interpled
27 Funds, other than its right to the attorneys' fees and costs, as set forth herein; and

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

4

5. That the Claimants should be enjoined from prosecuting any other actions against Reassure arising out of or relating to the Policy.

**IT IS SO STIPULATED.**

DATED: ~~March~~ April 1, 2008      BARGER & WOLEN LLP

By: _____
JENNY H. WANG
Attorneys for Plaintiff
Reassure America Life Insurance Company

DATED: March 28, 2008      LAW OFFICES OF SIMON MIKHAEL

By: _____
SIMON MIKHAEL
Attorney for Claimants-in-Interpleader
Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel

DATED: March ___, 2008      STANLEY JOSEPH RINEY, ESQ.

By: _____
STANLEY JOSEPH RINEY
Attorney for Claimant-in-Interpleader
Saleh M. Zahran

1    5.    That the Claimants should be enjoined from prosecuting any other
2  actions against Reassure arising out of or relating to the Policy.

4  **IT IS SO STIPULATED.**

6  DATED: March ___, 2008          BARGER & WOLEN LLP

8  By: _____
   JENNY H. WANG
   Attorneys for Plaintiff
9  Reassure America Life Insurance
   Company

11 DATED: March ___, 2008          LAW OFFICES OF SIMON MIKHAEL

13 By: _____
   SIMON MIKHAEL
   Attorney for Claimants-in-Interpleader
14 Sal Akel Silva, Maria A. Silva, Beda
   Sanchez, Layali M. Akel, Taghrid
15 Suad M. Akel and Mohammad M.
   Akel

17 DATED: March 31, 2008           STANLEY JOSEPH RINEY, ESQ.

   By: [signature]
19 STANLEY JOSEPH RINEY
   Attorney for Claimant-in-Interpleader
20 Saleh M. Zahran

BARGER & WOLEN LLP
800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

5

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@barwol.com.

I hereby certify that on **April 1, 2008**, I served the foregoing documents described as: **STIPULATION OF THE PARTIES FOR: (1) DISMISSAL OF REASSURE AMERICA LIFE INSURANCE COMPANY WITH PREJUDICE; AND (2) AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO REASSURE AMERICA LIFE INSURANCE COMPANY** on the interested parties in this action as follows:

☒ **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐  I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by
☐ **U.S POSTAL SERVICE**       ☐ **OVERNIGHT DELIVERY**.

| | |
|---|---|
| Simon Mikhael, Esq.<br>Law Offices of Simon Mikhael<br>3150 El Camino Real, Suite #D<br>Carlsbad, California 92008<br>Telephone: (760) 720-2555<br>Facsimile: (760) 720-2562 | Attorney for Claimants-in-Interpleader<br>Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel |
| Stanley Joseph Riney, Esq.<br>8811 Grossmont Boulevard<br>La Mesa, California 91941<br>Telephone: (619) 460-6054<br>Facsimile: (619) 464-3824<br>Email: stanriney@yahoo.com | Attorney for Claimant-in-Interpleader<br>Saleh M. Zahran |

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Irvine, California on **April 1, 2008.**

NAME: Gabriela Rubio            /s/ *Gabriela Rubio*
                                              (Signature)