1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL and MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive<br><br>　　　　Claimants-in-Interpleader. | CASE NO.:  08 CV 0119 JLS WMC<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:  DISMISSAL OF REASSURE AMERICA LIFE INSURANCE COMPANY WITH PREJUDICE; AND AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO REASSURE AMERICA LIFE INSURANCE COMPANY**<br><br>[Lodged concurrently with:<br>-   Stipulation of Parties.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court ORDERS as follows:

1. That Reassure America Life Insurance Company ("Reassure") be discharged with prejudice from all liability with respect to all rights and obligations arising under or relating to flexible premium life insurance policy number B12962 issued to Zeinb M. Akel (the "Policy");

2. That Reassure be dismissed with prejudice from this action;

3. That Reassure be awarded its reasonable attorneys' fees and costs in the amount of $6,078.17, to be paid from the Interpled Funds currently on deposit with the Court;

4. That Reassure has no further rights or entitlement to the Interpled Funds, other than its right to the attorneys' fees and costs, as set forth herein; and

5. That Claimants Saleh H. Zahran, Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel and Mohammad M. Akel are hereby enjoined from prosecuting any other actions against Reassure arising out of the Policy.

**IT IS SO ORDERED**.

DATED: April 3, 2008

_____
THE HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE