UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>      Plaintiff-in-Interpleader,<br><br>v.<br><br>SALEH M. ZAHRAN, et al.,<br><br>      Claimants-in-Interpleader. | Case No. 08cv119 JLS (WMc)<br><br>**ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE** |

    The Early Neutral Evaluation Conference is **CONTINUED** to **May 8, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.

    Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

    **IT IS SO ORDERED:**

DATED: April 7, 2008

                                    Hon. William McCurine, Jr.
                                    U.S. Magistrate Judge
                                    United States District Court