# DECLARATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Number:           CV 08-0119 JSL (WMC)
Short Title of Case:   REASSURE AMERICA LIFE INSURANCE COMPANY v. SALEH M.
                       ZAHRAN, et al.

I declare that I am employed in the County of San Diego, California.  I am over the age of 18 years and not a party to the above referenced case.  My business address is: 8811 Grossmont Blvd., La Mesa, CA 91941

On April 10, 2008, I served the following documents described as:

**FIRST AMENDED ANSWER TO COMPLAINT-IN-INTERPLEADER**

on the following interested parties in this action:

Simon Mikhael
THE LAW OFFICES OF SIMON MIKHAEL
3150 El Camino Real, Suite D
Carlsbad, CA 92008
**Attorneys for Defendants/Claimants, Sal**
**Akel Silva, Maria A. Silva, Beda Sanchez,**
**Layali M. Akel, Tahgrid Suad M. Akel and**
**Mohammed M. Akel**

☒  **ELECTRONICALLY:** I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

The attached confirmation report shows the transmission as complete & without error & was issued by the transmitting facsimile machine.

☐  **BY OVERNIGHT MAIL**

        ☐    BY FEDERAL EXPRESS DELIVERY
        ☐    BY UNITED STATES EXPRESS MAIL

☐  **BY ☐ FIRST CLASS MAIL        ☐ CERTIFIED MAIL** by placing a true copy thereof in a sealed envelope with postage fully prepaid.  I am readily familiar with the business practices of the Law Office of Stanley J. Riney for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 10, 2008, at San Diego, California.

                    */s/ Stanley J. Riney*
                    Stanley J. Riney

Declaration of Service                                              Zahran.ps2/rp87