UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>            Plaintiff-in-Interpleader,<br><br>v.<br><br>SALEH M. ZAHRAN, et al.,<br><br>            Claimants-in-Interpleader. | Case No. 08cv119 JLS (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On May 8, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before ***June 2, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***June 11, 2008***. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before ***June 18, 2008***;

4. Counsel are ordered to appear ***on June 30, 2008*** at ***9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED:**

DATED: May 8, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court