# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff-in-Interpleader,<br>　vs.<br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M. AKEL, et al.,<br><br>　　　　　Defendants-in-Interpleader. | CASE NO. 08CV119 JLS (WMc)<br><br>**ORDER TO DISBURSE FUNDS FROM INTEREST-BEARING ACCOUNT** |

Good cause appearing, and pursuant to the Court's prior Order (Doc. No. 22), **IT IS HEREBY ORDERED** that the Clerk release $6,078.17 from the interest-bearing account in the above-entitled case to "Reassure America Life Insurance Company, 19800 MacArthur Boulevard, 8th Floor, Irvine, CA 92612, Attn: Jenny H. Wang" for attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 20, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge