

1 | Patrick J. Stark, Esq.  (SBN 149352)
STARK & D'AMBROSIO, LLP
2 | 501 W. Broadway, Ste. 770
San Diego, CA 92101
3 | Tele: (619) 338-9500
Fax: (619) 338-9595
4 | pstark@firmsolutions.org

5 | Attorney for Defendants
Sal Silva, Maria Silva, Beda Sanchez,
6 | Layali Akel, Taghrid Akel & Mohammad Akel

7

8 | **UNITED STATES DISTRICT COURT**

9 | **IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10 | REASSURE AMERICA LIFE INSURANCE )    CASE NO.  CV 08-0119 JSL (WMC)
COMPANY, )
11 | )    NOTICE OF SUBSTITUTION OF
Plaintiff, )    ATTORNEY FOR
12 | vs. )    DEFENDANTS/CLAIMANTS IN
)    INTERPLEADER;
13 | SALEH M. ZAHRAN, SAL AKEL SILVA, )    ~~ORDER THEREON~~
MARIA A. SILVA, BEDA SANCHEZ, )
14 | LAYALI M. AKEL, TAGHRID SUAD M. )
AKEL, MOHAMMAD M. AKEL, and )
15 | DOES 1 through 10, Inclusive, )
)
16 | Claimants-in-interpleader. )
)
17 | _____ )

18 | THE COURT AND ALL PARTIES ARE NOTIFIED THAT pursuant to Local Rule

19 | 83.3(g)(2), Plaintiff files this Notice of Substitution of Attorney; and Order Thereon with the

20 | Court, and hereby notifies all parties that defendants/claimants in interpleader, SAL AKEL

21 | SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M.

22 | AKEL, and MOHAMMAD M. AKEL, make the following substitution.

23 | **Former Legal Representative:** Simon Mikhael, Esq., Law Office of Simon Mikhael, 3150

24 | El Camino Real, Suite D, Carlsbad, CA 92008; I consent to this Substitution.

25 | DATED: 5/21/08

Simon Mikhael, Esq.
26 | ///

27 | ///

28

NOTICE OF SUBSTITUTION OF ATTORNEY; ~~ORDER THEREON~~

1    **New Legal Representative:** Patrick J. Stark, Esq., STARK & D'AMBROSIO, LLP; 501

2    W. Broadway, #770, San Diego, CA 92101; (619) 338-9500; pstark@firmsolutions.org.  I consent

3    to and accept this substitution.

4    DATED: _____

                                                    Patrick J. Stark

5

6    **Party's Consent to Substitution:** We, SAL AKEL SILVA, MARIA A. SILVA, BEDA

7    SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M. AKEL,

8    consent to the above substitution of attorney.

9    DATED: 5/28/08 _____

                                              SAL AKEL SILVA

10

11   DATED: _____

                                              MARIA A. SILVA

12   DATED: _____

                                              BEDA SANCHEZ

13   DATED: _____

                                              LAYALI M. AKEL

14

15   DATED: _____

                                              TAGHRID SUAD M. AKEL

16   DATED: _____

                                              MOHAMMAD M. AKEL

17

18   **ORDER**

19         IT IS HEREBY ORDERED THAT Patrick J. Stark, shall be substituted in as attorney for

20   the following defendants/claimants in interpleader: SAL AKEL SILVA, MARIA A. SILVA,

21   BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M.

22   AKEL party, and that Simon Mikhael, shall be relieved as attorney of record for such parties in

23   the above captioned matter.

24        **IT IS SO ORDERED.**

25

26   DATED:_____

                                                Honorable
                                              United States District/Magistrate Judge

27

28   _____

1    **New Legal Representative:** Patrick J. Stark, Esq., STARK & D'AMBROSIO, LLP; 501

2    W. Broadway, #770, San Diego, CA 92101; (619) 338-9500; pstark@firmsolutions.org.  I consent

3    to and accept this substitution.

4    DATED: _____

                                             Patrick J. Stark

5

6    **Party's Consent to Substitution:** We, SAL AKEL SILVA, MARIA A. SILVA, BEDA

7    SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M. AKEL,

8    consent to the above substitution of attorney.

9    DATED: _____

                                     SAL *SIGNATURE*

10   DATED: _____

                               BY

11

                               MAR *SIGNATURE*

                               BY

12   DATED: _____

                               BEDA SANCHEZ

13   DATED: _____

14

                               LAYALI M. AKEL

15   DATED: _____

16

                               TAGHRID SUAD M. AKEL

17   DATED: _____

                               MOHAMMAD M. AKEL

18                                  **ORDER**

19        IT IS HEREBY ORDERED THAT Patrick J. Stark, shall be substituted in as attorney for

20   the following defendants/claimants in interpleader: SAL AKEL SILVA, MARIA A. SILVA,

21   BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M.

22   AKEL party, and that Simon Mikhael, shall be relieved as attorney of record for such parties in

23   the above captioned matter.

24        **IT IS SO ORDERED.**

25   DATED: _____

26

                             Honorable

                             United States District/Magistrate Judge

27

28   _____

          NOTICE OF SUBSTITUTION OF ATTORNEY; ~~ORDER THEREON~~      2

1 **New Legal Representative:** Patrick J. Stark, Esq., STARK & D'AMBROSIO, LLP; 501

2 W. Broadway, #770, San Diego, CA 92101; (619) 338-9500; pstark@firmsolutions.org. I consent

3 to and accept this substitution.

4 DATED: 5/28/08                                    /s/
                                                   Patrick J. Stark

5

6 **Party's Consent to Substitution:** We, SAL AKEL SILVA, MARIA A. SILVA, BEDA

7 SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M. AKEL,

8 consent to the above substitution of attorney.

9 DATED: 5/28/08                                    SAL AKEL SILVA

10 DATED: 5/28/08                                   MARIA A. SILVA

11

12 DATED: 5/28/08                                   BEDA SANCHEZ

13 DATED: _____                           LAYALI M. AKEL

14

15 DATED: _____                           TAGHRID SUAD M. AKEL

16 DATED: _____                           MOHAMMAD M. AKEL

17

18                              **ORDER**

19      IT IS HEREBY ORDERED THAT Patrick J. Stark, shall be substituted in as attorney for

20 the following defendants/claimants in interpleader: SAL AKEL SILVA, MARIA A. SILVA,

21 BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M.

22 AKEL party, and that Simon Mikhael, shall be relieved as attorney of record for such parties in

23 the above captioned matter.

24      **IT IS SO ORDERED.**

25 DATED: _____

26                                                 Honorable
                                                   United States District/Magistrate Judge

27

28 _____

     NOTICE OF SUBSTITUTION OF ATTORNEY; ~~ORDER THEREON~~                        2

1    Patrick J. Stark, Esq. (SBN 149352)
     STARK & D'AMBROSIO, LLP
2    501 W. Broadway, Ste. 770
     San Diego, CA 92101
3    Tele: (619) 338-9500
     Fax: (619) 338-9595
4    pstark@firmsolutions.org

5    Attorney for Defendants
     Sal Silva, Maria Silva, Beda Sanchez,
6    Layali Akel, Taghrid Akel & Mohammad Akel

7

8              **UNITED STATES DISTRICT COURT**

9        **IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10    REASSURE AMERICA LIFE INSURANCE )   CASE NO. CV 08-0119 JSL (WMC)
     COMPANY,                         )
11                                  )   **[PROPOSED] ORDER FOR**
                        Plaintiff,    )   **SUBSTITUTION OF ATTORNEY**
12    vs.                                  )
                                 )
13    SALEH M. ZAHRAN, SAL AKEL SILVA, )
     MARIA A. SILVA, BEDA SANCHEZ,    )
14    LAYALI M. AKEL, TAGHRID SUAD M. )
     AKEL, MOHAMMAD M. AKEL, and    )
15    DOES 1 through 10, Inclusive,       )
                                 )
16             Claimants-in-interpleader.   )
                                 )
17    —————————————————————

18        IT IS HEREBY ORDERED THAT Patrick J. Stark, shall be substituted in as attorney for

19    the following defendants/claimants in interpleader: SAL AKEL SILVA, MARIA A. SILVA,

20    BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M.

21    AKEL party, and that Simon Mikhael, shall be relieved as attorney of record for such parties in

22    the above captioned matter.

23

24    **IT IS SO ORDERED.**

25

26    DATED:_____         _____
                                          Honorable
27                                       United States District/Magistrate Judge

28    ———————————————————————————————

                     [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY

1   <u>Reassure America Life Insurance Company v.</u>                    Case No. CV08-0119 JSL

2   <u>Zahran, et al.</u>

3

4                        **DECLARATION OF SERVICE**

5

6          I, Joanna Ceballos, declare:

7   That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years,
    and not a party to the action; and I am employed in the County of San Diego, California, within which
8   county the subject mailing occurred.  My business address is 501 W Broadway, Suite 770, San Diego,
    Ca 92101.  I served the following documents(s):

9

10         **1.      Notice of Substitution of Attorney for Defendnats/Claimants in Interpleader**
           **2.      Proposed Order for Substitution of Attorney**

11

12  [ ] By placing a copy thereof in a separate envelope for each addressee named thereafter, addressed to
    each such addressee respectively as follows, I then sealed each envelope and, with the postage thereon
13  fully prepaid, deposited each in the United States' mail at San Diego, California:

14  [ ] By transmitting the documents via facsimile transmission to each of the parties and the transmission
    reported as complete and without errors to the facsimile number(s) listed below, as follows:

15

16  [ X ] By Electronic Case Filing on the date mention below.

17  I performed this service on June 19, 2008:

18  **Stanley Riney**                          **Martin E. Rosen**
    **8811 Grossmont Blvd.**                   **Jenny H. Wang**
19  **La Mesa, CA 91941**                      **Barger & Wolen**
                                               **19800 MacArthur Boulevard 8th Fl**
20                                             **Irvine California 92612**

21  [ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true
    and correct.

22
    [  ] I declare under penalty of perjury under the laws of the United States that the foregoing is true and
23  correct.

24  Executed on: June 19, 2008

25                                             Joanna Ceballos

26

27

28