Patrick J. Stark, Esq. (SBN 149352)
STARK & D'AMBROSIO, LLP
501 W. Broadway, Ste. 770
San Diego, CA 92101
Tele: (619) 338-9500
Fax: (619) 338-9595
pstark@firmsolutions.org

Attorney for Defendants
Sal Silva, Maria Silva, Beda Sanchez,
Layali Akel, Taghrid Akel & Mohammad Akel

# UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive,<br><br>　　　　　　Claimants-in-interpleader. | CASE NO. CV 08-0119 JLS (WMC)<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

　　　IT IS HEREBY ORDERED THAT Patrick J. Stark, shall be substituted in as attorney for the following defendants/claimants in interpleader: SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, and MOHAMMAD M. AKEL party, and that Simon Mikhael, shall be relieved as attorney of record for such parties in the above captioned matter.

　　　**IT IS SO ORDERED.**

DATED: June 24, 2008

　　　　　　　　　　　　　　　　　　　　_/s/ Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge