Patrick J. Stark, Esq. (SBN 149352)
STARK & D'AMBROSIO, LLP
501 W. Broadway, Ste. 770
San Diego, CA 92101
Tele: (619) 338-9500
Fax: (619) 338-9595
pstark@firmsolutions.org

Attorney for Defendants
Sal Silva, Maria Silva, Beda Sanchez,
Layali Akel, Taghrid Akel & Mohammad Akel

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASSURE AMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALEH M. ZAHRAN, SAL AKEL SILVA, MARIA A. SILVA, BEDA SANCHEZ, LAYALI M. AKEL, TAGHRID SUAD M. AKEL, MOHAMMAD M. AKEL, and DOES 1 through 10, Inclusive,<br><br>　　　　Claimants-in-interpleader. | CASE NO. CV 08-0119 JSL (WMC)<br><br>**JOINT DISCOVERY PLAN PURSUANT TO RULE 26(f)(3) and Local Rules** |

The Parties hereto hereby submit a Joint Discovery Plan pursuant to Rule 26(f)(3):

Discovery Plan:

A discovery plan must state the parties' views and proposals on:

(A) what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made;

The parties are not suggesting any changes to the disclosures under Rule 26(a) excepting the following:

As to Rule 26(a)(1), the parties would like to identify the subject of the identified witnesses information after the parties have had a reasonable opportunity to interview or depose such witnesses:

---

Rule 26 Joint Discovery Plan

1      As to Rule 26(a)(2), relating to expert witnesses, the parties would like to perform the exchange of information and reports pursuant to a schedule discussed at the case management conference;

4      As for Rule 26(a)(3)(B), the Time for Pretrial Disclosures shall be forty-five (45) days before trial, with objections due twenty (20) days before trial.

6      The Parties agree to conduct depositions of all the parties in this action, as needed, as well as several non party witnesses. Some of these depositions may be by video conference as some of the parties reside in the Middle East, and will require translation services. The Parties may also wish to depose a representative from the US Consulate in Israel, who has knowledge of this matter. Thus, approximately 12 depositions are currently estimated.

11     The Parties represent to the Court that the attached documents, being the two change in beneficiary forms, are the main documents in the case. There is a life insurance policy, but the issues stems from the validity of this change in beneficiary form.

14     The Parties agree and stipulate to the foregoing.

Dated June 24, 2008

/s/
Patrick J. Stark
Attorney for Sal Akel Silva, Maria A. Silva, Beda Sanchez, Layali M. Akel, Taghrid Suad M. Akel, Mohammad M. Akel.

Dated June 25, 2008

/s/
Stanley J. Riney
Attorney for Saleh M. Zahran

# REASSURE AMERICA LIFE INSURANCE COMPANY

## POLICYOWNER SERVICE REQUEST FORM

Policy Number  B12962           Insured  Zeinb M. Akel

REQUEST FOR CHANGE OF BENEFICIARY

I hereby revoke all previous beneficiary designations and change beneficiaries to the following:

Primary Beneficiary (Receives benefits upon death of Insured)

| Full Name | Mailing Address & Phone Number | Social Security No. |
|---|---|---|
| SEE ATTACHMENT TO REQUEST FOR CHANGE OF BENEFICIARY. | | |

Date of Birth     Relationship

Contingent Beneficiary (Receives benefits if Primary Beneficiary is deceased or disqualified)

| Full Name | Mailing Address & Phone Number | Social Security No. |
|---|---|---|

Date of Birth     Relationship

It is understood and agreed that, unless otherwise directed, proceeds will be paid in equal shares to any primary beneficiaries who survive the insured, but if none survives, proceeds will be paid in equal shares to any contingent beneficiary who survives the insured.

Page 1 of 2                                                                                    11-10-01

1275 Sandusky Road Jacksonville, IL 62650-1155 Fax 217/291-2398
A member of the Swiss Re group of insurance companies

AKEL00164

# REASSURE AMERICA LIFE INSURANCE COMPANY

## POLICYOWNER SERVICE REQUEST FORM

**Policyowner Information**

Zeinb M. Akel _____ _____ 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
Printed Name          Signature              Social Security Number

291 Redwood Ave., Carlsbad, CA 92008 _____
Address and Phone Number                Dated

_____ _____ _____
Joint Policyowner Printed Name   Signature   Social Security Number

_____ _____
Address and Phone Number   Dated

Signature of Spouse Required in the Community Property States of AZ, CA, ID, LA, NV, NM, TX, WA, WI.

_____ _____
Signature         Dated

Page 2 of 2                                               11-0-0

1275 Sandusky Road Jacksonville, IL 62650-1159 Fax 217/291-2398
A member of the Swiss Re group of insurance companies

AKEL00165

 Attachment To Request for Change of Beneficiary

Insured: Zeinb M. Akel    REASSURE AMERICA LIFE INSURANCE COMPANY
Policy No.: B12962

Primary Beneficiary (Receives benefits upon death of Insured)

Name: Sal Akel Silva    Address: 291 Redwood Avenue, Carlsbad, CA 92008
SS#: 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    Date of Birth: 01/23/54    Relationship: Son

Name: Maria A. Silva    Address: 1029 E. Valley Parkway, Escondido, CA 92025
SS#: 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    Date of Birth: 09/20/58    Relationship: Daughter in law

Name: Beda Sanchez    Address: 4066 Marvin Street, Oceanside, CA 92056
SS#: 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    Date of Birth: 05/27/70    Relationship: Daughter in law

Name: Saleh M. Zahran    Address: 8240 Parkway Drive #204, La Mesa, CA 91941
SS#: 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    Date of Birth: 11/08/59    Relationship: Son

Name: Layali M. Akel    Address: P.O. Box 20484, Jerusalem, Israel
SS#: None    Date of Birth: 03/13/66    Relationship: Daughter

Name: Taghrid (Suad) M. Akel    Address: 291 Redwood Avenue, Carlsbad, CA 92008
SS#: 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    Date of Birth: 12/18/62    Relationship: Daughter

Name: Mohammad M. Akel    Address: P.O. BOX 20484, Jerusalem, Israel
SS#: None    Date of Birth: 09/14/60    Relationship: Son

I, Zeinb M. Akel, designate the above seven (7) individuals as primary beneficiaries of my life insurance policy Number B12962 to receive proceeds in equal shares upon my death, but if any does not survive, his or her proceeds to be paid to their heirs.

ZEINB M. AKEL SS#: 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
291 Redwood Avenue
Carlsbad, CA 92008
760.730.1980

Signature   Date

AKEL00166

## INDIVIDUAL ACKNOWLEDGEMENT CERTIFICATE

CITY OF JERUSALEM            )
CONSULATE GENERAL OF THE )
UNITED STATES OF AMERICA  )

I CERTIFY THAT ON THIS DAY THE INDIVIDUAL NAMED BELOW APPEARED BEFORE ME AND ACKNOWLEDGED TO ME THAT THE ATTACHED INSTRUMENT WAS EXECUTED FREELY AND VOLUNTARILY.

_____
Signature of Individual

Zeinab Akel
_____
Typed Name of Individual

_____
Signature of Consular Officer

CRAIG BRYANT
CONSUL OF THE UNITED
STATES OF AMERICA
_____
Typed Name and Title of Consular Officer

June 7, 2004
_____
Date

(SEAL)

AKEL00167

## Reassure America Life Insurance Company
877-627-3618
### REQUEST FOR CHANGE OF OWNERSHIP FORM

#### SIGNATURE PAGE

Policy Number: B12962    Insured: ZEINB AKEL    Date: August 17, 2005

**New Primary Owner Signature Requirements**

| Signature of new Primary Owner | Date |
|---|---|
| _Saleh Zahran_ | 8-5-05 |
| Signature of new Joint Primary Owner | Date |

**New Contingent Owner Signature Requirements**

| Signature of new Contingent Owner | Date |
|---|---|
| _Maysa Zahran_ | 8-5-05 |
| Signature of new Joint Contingent Owner | Date |

Current Policyowner Information: I (we) agree that the above revocation and change, upon being filed and recorded with the Company, will take effect as of the date this notice was signed, except as to any payment made by the Company before this revocation and change is received by the Company. Refer to the Instructions for acceptable signatures.

| Print Name of Policyowner/Title | SS Number/Tax ID Number |
|---|---|
| Zeinb M Akel    Insured | 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 |
| Signature | Date |
| _[signature]_ | 8-5-05 |
| Signature of Notary Official, if applicable    Notary seal/stamp | Date |

| Print Name of Joint Policyowner/Title | SS Number/Tax ID Number |
|---|---|
| Signature | Date |
| Signature of Notary Official, if applicable    Notary seal/stamp | Date |

Community Property States – AZ, CA (Includes Registered Domestic Partners), ID, LA, NV, NM, TX, WA, WI, or Puerto Rico

If the policy was issued in a community property state (listed above), or if the policyowner currently lives in a community property state, his or her spouse (if any) must sign this Request for Ownership Change form if the change would deprive the spouse of an interest in the proceeds of the policy.

Print Name of Spouse

Signature of Spouse    Date

Page 2 of 2    All pages of this form must be submitted for consideration of request    Rev 06/29/05

1275 Sandusky Road Jacksonville, IL 62650-1155 Fax 217/291-2398

AKEL00290

| | |
|---|---|
| Reassure America Life Insurance Company v. | Case No. CV08-0119 JSL |
| Zahran, et al. | |

# DECLARATION OF SERVICE

I, Joanna Ceballos, declare:

That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 501 W Broadway, Suite 770, San Diego, Ca 92101. I served the following documents(s):

1.  **Joint Discovery Plan Pursuant to Rule 26 (f)(3) and Local Rules**

[ ] By placing a copy thereof in a separate envelope for each addressee named thereafter, addressed to each such addressee respectively as follows, I then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States' mail at San Diego, California:

[ ] By transmitting the documents via facsimile transmission to each of the parties and the transmission reported as complete and without errors to the facsimile number(s) listed below, as follows:

[ X ] By Electronic Case Filing on the date mention below.

I performed this service on June 25, 2008:

**Stanley Riney**
**8811 Grossmont Blvd.**
**La Mesa, CA 91941**

**Martin E. Rosen**
**Jenny H. Wang**
**Barger & Wolen**
**19800 MacArthur Boulevard 8th Fl**
**Irvine California 92612**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: June 25, 2008

/s/ Joanna Ceballos
Joanna Ceballos